**PROPERTY RIGHTS ADVOCACY GRP. v. TOWN OF LONG BEACH**

[360 N.C. 474 (2006)]

PROPERTY RIGHTS ADVOCACY GROUP, ON BEHALF OF ITS MEMBERS AND OTHER SIMILARLY
   SITUATED REAL PROPERTY OWNERS AND TAXPAYERS OF AND IN THE TOWN OF OAK ISLAND,
   NORTH CAROLINA, AND HONORABLE JAMES W. BETTER, INDIVIDUALLY V. TOWN OF
   LONG BEACH, A FORMER NORTH CAROLINA MUNICIPAL CORPORATION AND BODY POLITIC,
   NOW KNOWN AND REFERRED TO AS TOWN OF OAK ISLAND, A NORTH CAROLINA MUNIC-
   IPAL CORPORATION AND BODY POLITIC, AND SUCCESSOR IN INTEREST TO THE FORMER TOWN
   OF LONG BEACH; TOWN OF OAK ISLAND, A NORTH CAROLINA MUNICIPAL CORPORATION
   AND BODY POLITIC; AND THE STATE OF NORTH CAROLINA

No. 559A05

(Filed 5 May 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 173 N.C. App. ——, 617 S.E.2d 715 (2005), dismissing an appeal from an order entered 28 May 2004 by Judge Robert F. Floyd, Jr. in Superior Court, Brunswick County. Heard in the Supreme Court 18 April 2006.

*Law Offices of G. Grady Richardson, Jr., P.C., by G. Grady Richardson, Jr., for plaintiff-appellants.*

*Roger Lee Edwards, P.A., by Roger Lee Edwards, for defendant-appellee Town of Long Beach, now Town of Oak Island.*

*Roy Cooper, Attorney General, by V. Lori Fuller, Assistant Attorney General, for defendant-appellee State of North Carolina.*

PER CURIAM.

AFFIRMED.